# United States Court of Appeals
## For the Eighth Circuit

_____

No. 24-2372
_____

Zachery Scott Keesee

*Plaintiff - Appellant*

v.

Andrew Johnson, Detective, Conway Police Department; James Burroughs, Deputy Marshall, Conway Police Department; Jason Cole, ATF, Colorado; Travis Eddleman, Special Agent, State Police; Jaime Rios, Tom Bowles Detention Center; Joshua Cruz, Tom Bowles Detention Center; John Collins, Attorney; Danny Worley, Police Officer (Badge #488), Conway Police Department; Sarah Ault, Police Detective (Badge #400), Conway Police Department

*Defendants - Appellees*
_____

Appeal from United States District Court
for the Eastern District of Arkansas - Central
_____

Submitted: March 31, 2025
Filed: April 3, 2025
[Unpublished]
_____

Before GRUENDER, ERICKSON, and KOBES, Circuit Judges.
_____

PER CURIAM.

Arkansas inmate Zachery Keesee appeals the district court's[1] adverse judgment in his pro se action raising 42 U.S.C. § 1983 and other claims relating to his investigation and arrest on a state murder charge. Having carefully reviewed the record and the parties' arguments on appeal, we find no basis for reversal. See Yassin v. Weyker, 39 F.4th 1086, 1089 (8th Cir. 2022) (de novo review of grant of summary judgment); Montin v. Moore, 846 F.3d 289, 292, 293 (8th Cir. 2017) (de novo review of dismissal for failure to state claim and of judgment on pleadings).

The judgment is affirmed. See 8th Cir. R. 47B.

_____

---

[1]The Honorable Brian S. Miller, United States District Judge for the Eastern District of Arkansas.